IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANE MARK DUDDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTANA EDUCATORS CREDIT UNION,<br><br>    Defendant. | CV 23-118-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant as stated in the Court's Order signed and dated December 1, 2023.

    Dated this 1st day of December, 2023.

                                            TYLER P. GILMAN, CLERK

                                            By: <u>/s/ Tyler P. Gilman</u>